IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **U.S. BANK NATIONAL ASSOCIATION**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14 C 256 |
| | ) |
| **RT VENTURES, LP**, a Delaware limited partnership, et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM**

This Court has received and reviewed the Second Amended Answer to Complaint ("SAC") filed by a limited partnership, two limited liability companies and Melissa D'Angelo Turasky ("Melissa," the wife of codefendant Richard Turasky Jr. ("Turasky")) to the Complaint filed by U.S. Bank National Association ("U.S. Bank") against those defendants as well as Turasky and another limited liability company. This memorandum -- which is not a memorandum <u>order</u> -- is issued sua sponte to reflect this Court's concern as to one facet of that responsive pleading.

Much of the SAC is made up of disclaimers as to many of U.S. Bank's allegations. Although those disclaimers do conform to the language of Fed. R. Civ. P. ("Rule") 8(b)(5), it is frankly difficult to understand how the disembodied entities in what plainly seems to be a closely integrated group can play the role of the proverbial three monkeys ("see no evil, hear no evil, speak no evil") in good conscience (which Rule 11(b) calls for, both subjectively and objectively) -- and the same would seem even more unlikely where the principal defendant's wife Melissa is involved.

That said, however, this Court itself borrows from the Rule 8(b)(5) locution to say that it may have a belief, but it lacks knowledge and information, that would justify its ordering a further repleading. Instead it will simply await farther development of the case, as Charles Dickens put it in <u>David Copperfield</u>, "in case of anything turning up."

                                                          _/s/ Milton I. Shadur_
                                                        Milton I. Shadur
                                                        Senior United States District Judge

Date: January 29, 2015